IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| TROY BOYD JACKSON, | ) | Civil Action No. 7:13-cv-00065 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SOUTWEST REGIONAL JAIL | ) | By: Hon. Michael F. Urbanski |
| AUTH ABG/DUFFIED, | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that plaintiff's letter moving for interlocutory injunctive relief (Docket No. 17) is **DENIED** without prejudice.

The Clerk of the Court is directed to send copies of this Order to plaintiff and counsel of record for the defendants.

Entered: April 16, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge