**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **TROY BOYD JACKSON,** | ) | Civil Action No. 7:13-cv-00065 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SOUTHWEST REGIONAL JAIL** | ) | |
| **AUTH ABG/DUFFIELD,** | ) | By:   Hon. Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b), and defendant's motion to dismiss is **DISMISSED as moot**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: July 19, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge